IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM<br><br>       Petitioner,<br>  v.<br><br>MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS<br><br>       Respondent,               / | NO. CV 07-04414 SBA<br><br>**EXHIBITS TO NOTICE OF REMOVAL** |

**MANUAL FILING NOTIFICATION**

<u>Regarding : Exhibits 1A-N & 2 to Notice of Removal</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
   _____

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 08/27/2007

                                                      Jessie Mosley

                                                      Case Systems Administrator

**United States District Court**
For the Northern District of California