**KAUFMAN DOLOWICH & VOLUCK LLP**
ELIZABETH WILLIAMS, ESQ.    SBN 92374
ewilliams@kdvlaw.com
KATHERINE S. CATLOS, ESQ.    SBN 184227
kcatlos@kdvlaw.com
URSULA D. TAMHANE, ESQ.    SBN 240491
utamhane@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679
Attorneys for Respondent MARTIN LUTHER KING, JR.-Marcus
GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM, | Case No.: C07-4414 SBA |
| Petitioner, | |
| vs. | **COPIES OF STATE COURT FILE** |
| MARTIN LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS, | **28 U.S.C. 1446(a)** |
| Respondent. | |

Respondent submits the attached pleadings contained in the State file with the exception of Petitioner's Application For Peremptory Writ of Mandamus and supporting papers, which are attached to the Respondent's Notice of Removal filed with this pleading.

DATED: August 27, 2007            **KAUFMAN DOLOWICH & VOLUCK LLP**

_Kath. Catlos_

Katherine S. Catlos, Esq.
Attorneys for Respondent MARTIN LUTHER
KING, JR.-MARCUS GARVEY SQUARE
COOPERATIVE BOARD OF DIRECTORS

- 1 -

1  ROBERT BORTON (Bar No. 53191)
   E-Mail: robert.borton@hellerehrman.com
2  CHRISTIN J. HILL (Bar No. 247522)
   E-Mail: christin.hill@hellerehrman.com
3  DANIEL KAUFMAN (Bar No. 246041)
   E-Mail: daniel.kaufman@hellerehrman.com
4  HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, CA  94104-2878
6  Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268
8
   Attorneys for Petitioner
9  HO RIM KAM

ENDORSED
F I L E D
San Francisco County Superior Court

AUG 1 7 2007

GORDON PARK-LI, Clerk
BY: ___JOCELYN C. ROQUE___
Deputy Clerk

10              SUPERIOR COURT OF CALIFORNIA
11               COUNTY OF SAN FRANCISCO
12

13  HO RIM KAM,                          )  Case No.: CPF 07-507493
14                                        )  LIMITED CIVIL CASE
                      Petitioner,         )  (JCR )
15                                        )
16        v.                              )  [PROPOSED] ORDER GRANTING
                                          )  PETITIONER'S APPLICATION
17  MARTIN LUTHER KING, JR.-MARCUS        )  FOR ORDER SHORTENING TIME
    GARVEY SQUARE COOPERATIVE BOARD )     FOR NOTICE AND ADVANCING
18  OF DIRECTORS,                         )  HEARING DATE OF MOTION TO
                                          )  FILE UNDER SEAL EXHIBIT E
19                      Respondent.       )  FROM THE DECLARATION OF
20                                        )  HO RIM KAM AND THE
                                             DECLARATION OF CHONG PARK
21                                           KAM
22
                                             Date: August 17, 2007
23                                           Time: 11:00 a.m.
24                                           Dept.: 301
25  _____
26        The ex parte application of petitioner Ho Rim Kam for shortening the time of notice
27  and advancing the hearing date for Ho Rim Kam's Motion to File Under Seal Exhibit E of
28  the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam came on regularly

Heller
Ehrman LLP

1   for hearing before this Court with Heller Ehrman LLP appearing as attorney for petitioner.

2   Notice of the ex parte application was properly made.

3       After full consideration of the moving papers, the Court GRANTS petitioner's

4   application to shorten time of notice and advance the hearing date of the Motion to File

5   Under Seal.  It is ordered that Petitioner Ho Rim Kam's Motion to File Under Seal Exhibit

6   E of the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam will be heard

7   at 9:30 a.m. on August 22, 2007, prior to the hearing of the Kam's Application for a

8   Peremptory Writ of Mandamus.

9

10   DATED: _____ **AUG 1 7 2007**              PETER J. BUSCH

11                                     JUDGE OF THE SUPERIOR COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

Pleadings

1   **KAUFMAN DOLOWICH & VOLUCK LLP**
2   ELIZABETH WILLIAMS, ESQ. SBN 92374
KATHERINE S. CATLOS, ESQ. SBN 184227
3   ABRAHAM J. YACOBIAN, ESQ. SBN 235145
351 California Street, Suite 500
4   San Francisco, CA 94104
Telephone: (415) 402-0059
5   Facsimile: (415) 402-0679

**ENDORSED**
**F I L E D**
San Francisco County Superior Court

AUG 2 3 2007

GORDON PARK-LI, Clerk
BY:   CAROLYN BALISTRERI
Deputy Clerk

6   Attorneys for Respondent MARTIN LUTHER KING, JR.-MARCUS
GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

7

8              SUPERIOR COURT OF CALIFORNIA

9               COUNTY OF SAN FRANCISCO

| | |
|---|---|
| 10   HO RIM KAM, | Case No.:   CPF 07-507493 |
| | LIMITED CIVIL CASE |
| 11         Petitioner, | |
| | ACTION FILED: August 6, 2007 |
| 12     vs. | |
| | **RESPONDENT'S NOTICE OF MOTION** |
| 13   MARTIN LUTHER KING, JR.–MARCUS | **TO FILE UNDER SEAL CERTAIN** |
| GARVEY SQUARE COOPERATIVE | **EXHIBITS IN SUPPORT OF** |
| 14   BOARD OF DIRECTORS, | **RESPONDENT'S OPPOSITION TO** |
| | **PETITIONER'S PETITION FOR** |
| 15         Respondent. | **PEREMPTORY WRIT OF MANDAMUS** |
| 16 | |
| | Date:        August 30, 2007 |
| 17 | Time:        9:30 a.m. |
| | Judge:       Hon. Peter Busch |
| 18 | Department:   301 |

19       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20         PLEASE TAKE NOTICE that on August 30, 2007 at 9:30 a.m., or as soon thereafter as

21   the matter may be heard, in Department 301 of the Superior Court of California of the County of

22   San Francisco, located at 400 McAllister Street, San Francisco, California 94102-4514,

23   Respondent MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE

24   BOARD OF DIRECTORS will and hereby does move this Court for an order filing under seal

25   certain exhibits consisting of Petitioner's and his wife's private and confidential financial records

26   to be submitted in support of Respondent's Opposition to Petitioner's Petition For Peremptory

27   Writ of Mandamus, which is filed herewith.

28   //

RESPONDENT'S NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS

1       This Motion is based on this Notice of Motion and Motion, the Memorandum of Points

2   and Authorities, and all pleadings and papers filed in this action; and such other evidence and

3   argument to be presented at the hearing on this motion.

4   DATED:    _8/22/07_              **KAUFMAN DOLOWICH & VOLUCK LLP**

6

7                                      Katherine S. Catlos, Esq.

8                                      Attorneys for Respondent MARTIN LUTHER
    KING, JR.-MARCUS GARVEY SQUARE
    COOPERATIVE BOARD OF DIRECTORS

RESPONDENT'S NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS

KAUFMAN DOLOWICH & VOLUCK LLP
ELIZABETH WILLIAMS, ESQ. SBN 92374
KATHERINE S. CATLOS, ESQ. SBN 184227
ABRAHAM J. YACOBIAN, ESQ. SBN 235145
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

ENDORSED
F I L E D
San Francisco County Superior Court

AUG 2 3 2007

GORDON PARK-LI, Clerk
BY: CAROLYN BALISTRERI
Deputy Clerk

Attorneys for Respondent MARTIN LUTHER KING, JR.-MARCUS
GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

HO RIM KAM,

Petitioner,

vs.

MARTIN LUTHER KING, JR.-MARCUS
GARVEY SQUARE COOPERATIVE
BOARD OF DIRECTORS,

Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CPF 07-507493
LIMITED CIVIL CASE

ACTION FILED: August 6, 2007

MEMORANDUM OF POINTS AND
AUTHORITIES OF RESPONDENT IN
SUPPORT OF MOTION TO FILE UNDER
SEAL CERTAIN EXHIBITS IN SUPPORT
OF RESPONDENT'S OPPOSITION TO
PETITIONER'S PETITION FOR
PEREMPTORY WRIT OF MANDAMUS

Date Set:        August 30, 2007
Time:            9:30 a.m.
Judge:           Hon. Peter Busch
Department:      301

## I. INTRODUCTION

Respondent MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE

COOPERATIVE BOARD OF DIRECTORS hereby moves this Court for leave to file under seal

certain exhibits in support of Respondent's Opposition to Petitioner's petition for peremptory

writ of mandamus because those exhibits contain confidential financial records of Petitioner and

his wife. This Court has the authority under California Rule of Court Rule 2.550(d) to seal these

exhibits.

## II.     FACTUAL BACKGROUND

This lawsuit arises from Petitioner's writ of mandamus against Respondent for enjoyment

- 1 -

MEMORANDUM OF POINTS AND AUTHORITIES OF RESPONDENT IN SUPPORT OF MOTION TO FILE UNDER
SEAL CERTAIN EXHIBITS

1  and use of Petitioner's alleged office as Director and Treasurer of the Martin Luther King, Jr.-

2  Marcus Garvey Square Cooperative.  The issues that this lawsuit presents turn on private

3  financial records of private shareholders of the Martin Luther King, Jr.-Marcus Garvey Square

4  Cooperative.

5        The primary issue of the controversy is Petitioner's alleged violation of Martin Luther

6  King, Jr.-Marcus Garvey Square Cooperative's by-laws.  Respondent continues to investigate the

7  facts alleged by Petitioner.  Nevertheless, certain exhibits in support of Respondent's Opposition

8  to Petitioner's petition for peremptory writ of mandamus should be sealed and provided to the

9  Court to ensure the Court has the complete set of information to consider Respondent's

10  Opposition to Petitioner's Application for Peremptory Writ of Mandamus.

11  **III.    ARGUMENT**

12        Pursuant to California Rule of Court 2.550(d), the court "may order that a record be filed

13  under seal if it finds that (1) there exists an overriding interest that overcomes the right of public

14  access to the record; (2) the overriding interest supports sealing the record; (3) a substantial

15  probability exists that the overriding interest will be prejudiced if the record is not sealed; and (4)

16  the proposed sealing is narrowly tailored; and (5) no less restrictive means exists to achieve the

17  overriding interest."

18        California courts have held that a contractual obligation not to disclose can constitute an

19  overriding interest within the meaning of [rule 2.550(d) precursor] rule 243.1(d)."  *Universal*

20  *City Studios, Inc. v. Superior Court*, 110 Cal.App.4th 1273, 1283 (2003).  Further, California

21  courts recognize that individuals have a privacy interest in their financial records.  See e.g.

22  *Gordon v. Superior Court*, 55 Cal. App. 4th 1546, 1557 (1997); *Valley Bank of Nevada v.*

23  *Superior Court*, 15 Cal. 3d 652, 656 (1975).

24        The information contained in certain exhibits in support of Respondent's Opposition to

25  Petitioner's petition for peremptory writ of mandamus contains private financial information of

26  Petitioner and his wife.   There is no explicit contractual obligation not to disclose this financial

27  information.  However, out of an excess of caution and in light of the fact that it is likely that

28  Petitioner and his wife would not want their financial information contained in certain exhibits to

- 2 -

1    be revealed to the public, Respondent makes this motion.

2         The proposed sealing is narrowly tailored and no less restrictive means exist.

3    Information irrelevant to the case has been redacted.

4    IV.    <u>CONCLUSION</u>

5         For the foregoing reasons, Respondent requests that the Court order certain exhibits in

6    support of Respondent's Opposition to Petitioner's petition for peremptory writ of mandamus be

7    filed under seal.

8    DATED:    8/22/07                          KAUFMAN DOLOWICH & VOLUCK LLP

9

10

11                                              Katherine S. Catlos, Esq.

12                                              Attorneys for Respondent MARTIN LUTHER
                                                KING, JR.-MARCUS GARVEY SQUARE
13                                              COOPERATIVE BOARD OF DIRECTORS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMORANDUM OF POINTS AND AUTHORITIES OF RESPONDENT IN SUPPORT OF MOTION TO FILE UNDER
SEAL CERTAIN EXHIBITS

1

**PROOF OF SERVICE**
*Kam v. Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors*
2  **CALIFORNIA SUPERIOR COURT, COUNTY OF SAN FRANCISCO, Case No. CPF 07-507493**

3

     I am employed in the County of San Francisco, State of California. I am over the age of 18 and
4  not a party to this action. My business address is 351 California Street, Suite 500, San Francisco,
California, 94104. On the execution date below and in the manner stated herein, I served the following
5  documents:

6     1.  RESPONDENT'S NOTICE OF MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN
       SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S PETITION FOR
7         PEREMPTORY WRIT OF MANDAMUS

8     2.  MEMORANDUM OF POINTS AND AUTHORITIES OF RESPONDENT IN SUPPORT OF
       MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF RESPONDENT'S
9         OPPOSITION TO PETITIONER'S PETITION FOR PEREMPTORY WRIT OF MANDAMUS

10  on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof
enclosed in sealed envelopes addressed as follows:
11

12  Robert Borton, Esq.
Christin J. Hill, Esq.
13  Daniel Kaufman, Esq.
Heller Ehrman LLP
14  333 Bush Street
San Francisco, CA 94104-2878
15  Tel: (415) 772-6000
Fax: (415) 772-6268
16  Attorney for Plaintiff HO RIM KAM

17

[X]    BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United States
18  mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I
am readily familiar with the firm's practice of collecting and processing correspondence for mailing.
19  Under the practice it would be deposited with the U.S. Postal Service on that same day with postage
thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on
20  motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing, pursuant to this affidavit.
21

22  [X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.
23

24       Executed on August 23, 2007, at San Francisco, California.

25

26                         Kim Daleiden

27

28

                                 - 1 -

*Pleadings*

1  KAUFMAN DOLOWICH & VOLUCK LLP
2  ELIZABETH WILLIAMS, ESQ. SBN 92374
   KATHERINE S. CATLOS, ESQ. SBN 184227
3  ABRAHAM J. YACOBIAN, ESQ. SBN 235145
   351 California Street, Suite 500
4  San Francisco, CA 94104
   Telephone: (415) 402-0059
5  Facsimile: (415) 402-0679
6  Attorneys for Respondent MARTIN LUTHER KING, JR.–MARCUS
   GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS
7

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF SAN FRANCISCO

10  HO RIM KAM,                         )  Case No.:   CPF 07-507493
                                        )  LIMITED CIVIL CASE
11             Petitioner,              )
                                        )  ACTION FILED: August 6, 2007
12       vs.                            )
                                        )  EX PARTE APPLICATION TO
13  MARTIN LUTHER KING, JR.–MARCUS      )  SHORTEN TIME FOR NOTICE AND
    GARVEY SQUARE COOPERATIVE           )  ADVANCE HEARING DATE FOR
14  BOARD OF DIRECTORS,                 )  RESPONDENT'S MOTION TO FILE
                                        )  UNDER SEAL CERTAIN EXHIBITS IN
15             Respondent.              )  SUPPORT OF RESPONDENT'S
                                        )  OPPOSITION TO PETITIONER'S
16                                      )  PETITION FOR PEREMPTORY WRIT
                                        )  OF MANDAMUS (CRC §3.1200)
17                                      )
                                        )  Date:  August 23, 2007
18                                      )  Time:  11:00 a.m.
                                        )  Judge: Peter Busch
19                                      )  Department: 301

20

21                          **APPLICATION**

22       Pursuant to California Rules of Court Rule 3.1200 et seq., Respondent MARTIN

23  LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF

24  DIRECTORS through its respective counsel, hereby file this EX PARTE APPLICATION TO

25  SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR RESPONDENT'S

26  MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF RESPONDENT'S

27  OPPOSITION TO PETITIONER'S PETITION FOR PEREMPTORY WRIT OF MANDAMUS

28  to be heard on August 23, 2007, at 11:00 a.m. in Department 301 or as soon as the matter can be

                                    - 1 -

APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR RESPONDENT'S
MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO
PETITIONER'S PETITION FOR PEREMPTORY WRIT OF MANDAMUS

1  heard.

2      Petitioner brought a mandamus action against Respondent for enjoyment and use of

3  Petitioner's alleged office as Director and Treasurer of the Martin Luther King, Jr. – Marcus

4  Garvey Square Cooperative Board.  In opposition to Petitioner's mandamus action, Respondent

5  seeks to file under seal certain exhibits.  These exhibits contain private financial information

6  about Petitioner and his wife.  To protect the privacy of the Petitioner and his wife, Respondent

7  will file the attached Motion to File Under Seal Certain Exhibits In Support of Respondent's

8  Opposition to Petitioner's Petition for Peremptory Writ of Mandamus to be heard on August 24,

9  2007.

10     Per counsels' August 21, 2007 Stipulation, the hearing regarding Petitioner's Application

11 for Peremptory Writ of Mandamus was continued from August 22, 2007 to August 30, 2007.

12 Respondent's Opposition is due August 27, 2007.  For the sake of judicial efficiency and to

13 ensure the Court has the complete set of information to hear Petitioner's Application for

14 Peremptory Writ of Mandamus, it is necessary that Respondent's Motion to File Under Seal

15 Certain Exhibits In Support of Respondent's Opposition to Petitioner's Petition for Peremptory

16 Writ of Mandamus be heard prior to the August 30, 2007 hearing.  Accordingly, Respondent

17 respectfully requests the Court permit Respondent's Motion to File Under Seal Certain Exhibits

18 In Support of Respondent's Opposition to Petitioner's Petition for Peremptory Writ of

19 Mandamus be heard on August 24, 2007.  Petitioner's counsel does not intend to oppose the

20 motion.

21

22 DATED:  _8/22/07_                          **KAUFMAN DOLOWICH & VOLUCK LLP**

23

24                                          _____
                                            Katherine S. Catlos, Esq.
25                                          Attorneys for Respondent MARTIN LUTHER
                                            KING, JR. MARCUS GARVEY SQUARE
26                                          COOPERATIVE BOARD OF DIRECTORS

27

28

                                          - 2 -

## DECLARATION OF KATHERINE S. CATLOS

I, Katherine S. Catlos, declare as follows:

1.      I, Katherine S. Catlos of Kaufman Dolowich & Voluck LLP, am an attorney licensed to practice law in the State of California.  Our firm is counsel for Respondent MARTIN LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS.  I make this declaration in support of this Application to Shorten Time for Notice and Advance Hearing Date for Respondent's Motion to File Under Seal Certain Exhibits In Support of Respondent's Opposition to Petitioner's Petition for Peremptory Writ of Mandamus. I have actual knowledge of the matters set forth in this declaration, and if called as a witness would competently testify.

2.      On August 21, 2007 Kaufman Dolowich & Voluck LLP was retained to represent MARTIN LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS.  Ms. Catlos was unable to clarify the scope of her firm's representation until the morning of August 21, 2007.

3.      At the time Kaufman Dolowich & Voluck LLP began to represent MARTIN LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS, Petitioner's APPLICATION FOR PEREMPTORY WRIT OF MANDAMUS was set for a hearing on August 22, 2007.

4.      After meeting and conferring, Ms. Catlos and Petitioner's counsel stipulated to continue the August 22, 2007 hearing to August 30, 2007, so as to provide Respondent adequate time to prepare an Opposition.

5.      Respondent's Opposition to Petitioner's Application for Peremptory Writ of Mandamus is due August 27, 2007.

6.      In order to oppose Petitioner's Application, Respondent will seek to file under seal certain exhibits on August 27, 2007.  Given the fast approaching deadline to file the Opposition, and the confidential nature of the documents at issue, Respondent respectfully requests the matter be considered on August 23, 2007.

- 3 -

1    7.    Petitioner's counsel does not oppose Respondent's Application to Shorten Time

2  for Notice and Advance Hearing Date for Respondent's Motion to File Under Seal Certain

3  Exhibits In Support of Respondent's Opposition to Petitioner's Petition for Peremptory Writ of

4  Mandamus.  (Please see Exhibit A. Attached hereto and incorporated by reference.)

5    8.    This Application is based on the Ex Parte Application, the accompanying

6  Declaration of Katherine S. Catlos and the papers and record on file in this case,

7  DATED:  _8/22/07_                          KAUFMAN DOLOWICH & VOLUCK LLP

8

9                                            Katherine S. Catlos, Esq.

10                                           Attorneys for Respondent MARTIN LUTHER
                                             KING, JR.-MARCUS GARVEY SQUARE
11                                           COOPERATIVE BOARD OF DIRECTORS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR RESPONDENT'S
MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO
PETITIONER'S PETITION FOR PEREMPTORY WRIT OF MANDAMUS

**EXHIBIT A**

**Katherine S. Catlos**

From:     Katherine S. Catlos [kcatlos@kdvlaw.com]
Sent:     Wednesday, August 22, 2007 4:22 PM
To:       robert.borton@hellerehrman.com
Cc:       christin.hill@hellerehrman.com; daniel.kaufman@hellerehrman.com
Subject:  ex parte re seal exhibits - Kam v. MLK, SF Superior CPF07-507

Dear Mr. Borton:

Thank you for agreeing to not oppose our Application for an order shortening time to advance the hearing date for Respondent's motion to file under seal certain exhibits in support of Respondent's Opposition to Petitioner's Petition for Peremptory Writ of Mandamus. As discussed, we will be appearing at 11:00 a.m. in Department 301 in San Francisco Superior Court tomorrow for this ex parte. We appreciate your willingness to overlook the fact that we provided less than 24 hours notice re this Application. We will forward you the Application shortly.

Katherine S. Catlos, Esq.
Kaufman Dolowich & Voluck LLP
351 California Street, Suite 500
San Francisco, California 94104
Tel: (415) 402-0059
Fax: (415) 402-0679
email: kcatlos@kdvlaw.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender at kcatlos@kdvlaw.com.

KAUFMAN DOLOWICH & VOLUCK LLP
ELIZABETH WILLIAMS, ESQ. SBN 92374
KATHERINE S. CATLOS, ESQ. SBN 184227
ABRAHAM J. YACOBIAN, ESQ. SBN 235145
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Respondent MARTIN LUTHER KING, JR.-MARCUS
GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

ENDORSED
FILED
San Francisco County Superior Court

AUG 2 3 2007

GORDON PARK-LI, Clerk
BY: ___JOCELYN C. ROQUE___
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

HO RIM KAM,

         Petitioner,

    vs.

MARTIN LUTHER KING, JR.–MARCUS
GARVEY SQUARE COOPERATIVE
BOARD OF DIRECTORS,

         Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CPF 07-507493
LIMITED CIVIL CASE

ACTION FILED: August 6, 2007

[PROPOSED] ORDER GRANTING
RESPONDENT'S APPLICATION TO
SHORTEN TIME FOR NOTICE AND
ADVANCE HEARING DATE FOR
RESPONDENT'S MOTION TO FILE
UNDER SEAL CERTAIN EXHIBITS IN
SUPPORT OF RESPONDENT'S
OPPOSITION TO PETITIONER'S
PETITION FOR PEREMPTORY WRIT
OF MANDAMUS

Date:        August 23, 2007
Time:       11:00 a.m.
Judge:     Hon. Peter Busch
Department: 301

      The ex parte APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE

HEARING DATE FOR RESPONDENT'S MOTION TO FILE UNDER SEAL CERTAIN

EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S

PETITION FOR PEREMPTORY WRIT OF MANDAMUS came on regularly for hearing

before this Court with Kaufman Dolowich & Voluck LLP appearing as attorney for Respondent.

Notice of the ex parte application was properly made.

      After full consideration of the moving papers, the Court GRANTS Respondent's

Application to Shorten Time for Notice and Advance Hearing Date for Respondent's Motion to

- 1 -

[PROPOSED] ORDER GRANTING RESPONDENT'S APPLICATION TO SHORTEN TIME FOR NOTICE AND
ADVANCE HEARING DATE FOR RESPONDENT'S MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN
SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S PETITION FOR WRIT OF MANDAMUS

1  File Under Seal Certain Exhibits In Support of Respondent's Opposition to Petitioner's Petition

2  for Peremptory Writ of Mandamus.  It is ordered that Respondent's Motion to File Under Seal

3  Certain Exhibits In Support of Respondent's Opposition to Petitioner's Petition for Peremptory

4  Writ of Mandamus will be heard at 9:30 a.m. on August _30_, 2007.                    (JCR)

5                     AUG 2 3 2007

6  DATED: _____              PETER J. BUSCH

7                                        Honorable Judge Peter Busch

8                                        Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING RESPONDENT'S APPLICATION TO SHORTEN TIME FOR NOTICE AND
ADVANCE HEARING DATE FOR RESPONDENT'S MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN
SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S PETITION FOR WRIT OF MANDAMUS

**PROOF OF SERVICE**

*Kam v. Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors*

**CALIFORNIA SUPERIOR COURT, COUNTY OF SAN FRANCISCO, Case No. CPF 07-507493**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 351 California Street, Suite 500, San Francisco, California, 94104. On the execution date below and in the manner stated herein, I served the following documents:

1. EX PARTE APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR RESPONDENT'S MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S PETITION FOR PEREMPTORY WRIT OF MANDAMUS (CRC §3.1200)

2. ORDER GRANTING RESPONDENT'S APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR RESPONDENT'S MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S PETITION FOR PEREMPTORY WRIT OF MANDAMUS

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

Robert Borton, Esq.
Christin J. Hill, Esq.
Daniel Kaufman, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Tel: (415) 772-6000
Fax: (415) 772-6268
Attorney for Plaintiff HO RIM KAM

[X]    BY MAIL  I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[X]    (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 23, 2007, at San Francisco, California.

*Kim Daleiden*
Kim Daleiden

– 1 –

PROOF OF SERVICE

1  ROBERT BORTON (Bar No. 53191)
   E-Mail: robert.borton@hellerehrman.com
2  CHRISTIN J. HILL (Bar No. 247522)
   E-Mail: christin.hill@hellerehrman.com
3  DANIEL KAUFMAN (Bar No. 246041)
   E-Mail: daniel.kaufman@hellerehrman.com
4
   HELLER EHRMAN LLP
5  333 Bush Street
6  San Francisco, CA  94104-2878
   Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268

8  Attorneys for Petitioner
9  HO RIM KAM

**F I L E D**
San Francisco County Superior Court

**AUG 1 7** 2007

GORDON PARK-LI, Clerk
BY: _Jacilyn C. Rogane_
                    Deputy Clerk

10            SUPERIOR COURT OF CALIFORNIA

11               COUNTY OF SAN FRANCISCO

12

13  HO RIM KAM,                                )   Case No.: CPF 07-507493
                                               )   LIMITED CIVIL CASE
14                      Petitioner,            )
                                               )
15                                             )
         v.                                    )   [PROPOSED] ORDER GRANTING
16                                             )   PETITIONER'S APPLICATION
                                               )   FOR ORDER SHORTENING TIME
17  MARTIN LUTHER KING, JR.-MARCUS             )   FOR NOTICE AND ADVANCING
    GARVEY SQUARE COOPERATIVE BOARD            )   HEARING DATE OF MOTION TO
18  OF DIRECTORS,                              )   FILE UNDER SEAL EXHIBIT E
                                               )   FROM THE DECLARATION OF
19                      Respondent.            )   HO RIM KAM AND THE
                                               )   DECLARATION OF CHONG PARK
20                                                 KAM
21
22                                                 Date: August 17, 2007
23                                                 Time: 11:00 a.m.
                                                   Dept.: 301
24

25  _____

26       The ex parte application of petitioner Ho Rim Kam for shortening the time of notice

27  and advancing the hearing date for Ho Rim Kam's Motion to File Under Seal Exhibit E of

28  the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam came on regularly

Heller
Ehrman LLP

[PROPOSED] ORDER FOR GRANTING PETIONER'S APPLICATION

1   for hearing before this Court with Heller Ehrman LLP appearing as attorney for petitioner.

2   Notice of the ex parte application was properly made.

3         After full consideration of the moving papers, the Court GRANTS petitioner's

4   application to shorten time of notice and advance the hearing date of the Motion to File

5   Under Seal.  It is ordered that Petitioner Ho Rim Kam's Motion to File Under Seal Exhibit

6   E of the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam will be heard

7   at 9:30 a.m. on August 22, 2007, prior to the hearing of the Kam's Application for a

8   Peremptory Writ of Mandamus.

9

10  DATED: _8/17/07_                          _____

11                                            JUDGE OF THE SUPERIOR COURT

12                                            PETER J. BUSCH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

[PROPOSED] ORDER FOR GRANTING PETIONER'S APPLICATION

ROBERT BORTON (Bar No. 53191)
E-Mail: robert.borton@hellerehrman.com
CHRISTIN J. HILL (Bar No. 247522)
E-Mail: christin.hill@hellerehrman.com
DANIEL KAUFMAN (Bar No. 246041)
E-Mail: daniel.kaufman@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Petitioner
HO RIM KAM

ENDORSED
F I L E D
San Francisco County Superior Court

AUG 2 0 2007

GORDON PARK-LI, Clerk
BY: WESLEY RAMIREZ
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| HO RIM KAM,<br><br>                                        Petitioner,<br><br>    v.<br><br>MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>                                    Respondent. | Case No.: CPF 07-507493<br>LIMITED CIVIL CASE<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

Heller
Ehrman LLP

PROOF OF SERVICE BY HAND DELIVERY – CASE NO. CPF 07-507493

## PROOF OF SERVICE BY HAND DELIVERY

I, Dawn Halverson, declare that I am over the age of eighteen years and I am not a party to this action. I am employed with the law firm of Heller Ehrman LLP, whose business address is 333 Bush Street, San Francisco, California 94104.

On August 17, 2007, I served the following documents:

**ORDER GRANTING PETITIONER'S APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE AND ADVANCING HEARING DATE OF MOTION TO FILE UNDER SEAL EXHIBIT E FROM THE DECLARATION OF HO RIM KAM AND THE DECLARATION OF CHONG PARK KAM**

***EX PARTE*** **APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR HO RIM KAM'S MOTION TO FILE UNDER SEAL EXHIBIT E FROM THE DECLARATION OF HO RIM KAM AND THE DECLARATION OF CHONG PARK KAM (CRC § 3.1200);**

on the parties to this action by hand delivery as indicated below:

Carlos Levexier
Martin Luther King, Jr.-Marcus Garvey Square Cooperative
1680 Eddy Street
San Francisco, CA 94115

[X]    BY PERSONAL SERVICE:  I caused a sealed envelope addressed as indicated

above to be delivered by hand by Spin Cycle Messenger Services.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on August 17, 2007 at San Francisco, California.

*Dawn Halverson*
Dawn Halverson

Heller
Ehrman LLP

PROOF OF SERVICE BY HAND DELIVERY, CASE NO. CPF-07-507403

Pleadings

1  ROBERT BORTON (Bar No. 53191)
   E-Mail: robert.borton@hellerehrman.com
2  CHRISTIN J. HILL (Bar No. 247522)
   E-Mail: christin.hill@hellerehrman.com
3  DANIEL KAUFMAN (Bar No. 246041)
   E-Mail: daniel.kaufman@hellerehrman.com
4
   HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, CA 94104-2878
6  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
7
8
   Attorneys for Petitioner
9  HO RIM KAM

ENDORSED
F I L E D
San Francisco County Superior Court

AUG 1 7 2007

GORDON PARK-LI, Clerk
BY: _____WESLEY RAMIREZ_____
Deputy Clerk

10                SUPERIOR COURT OF CALIFORNIA

11                  COUNTY OF SAN FRANCISCO

12

13  HO RIM KAM,                          )  Case No.: CPF 07-507493
                                         )  LIMITED CIVIL CASE
14                                       )
                          Petitioner,    )
15                                       )
16        v.                             )  ***EX PARTE* APPLICATION TO**
                                         )  **SHORTEN TIME FOR NOTICE**
17  MARTIN LUTHER KING, JR.-MARCUS       )  **AND ADVANCE HEARING DATE**
    GARVEY SQUARE COOPERATIVE BOARD )     **FOR HO RIM KAM'S MOTION TO**
18  OF DIRECTORS,                        )  **FILE UNDER SEAL EXHIBIT E**
                                         )  **FROM THE DECLARATION OF**
19                        Respondent.    )  **HO RIM KAM AND THE**
                                         )  **DECLARATION OF CHONG PARK**
20                                       )  **KAM (CRC §3.1200);**
                                         )
21                                       )
22                                       )  **DECLARATION OF DANIEL**
                                         )  **KAUFMAN**
23                                       )
                                         )  Date: August 17, 2007
24                                       )  Time: 11:00 a.m.
                                         )  Dept.: 301
25                                       )
26
27  _____
28

Heller
Ehrman LLP
_____
EX PARTE APPLICATION FOR ORDER SHORTENING TIME OF NOTICE AND ADVANCING HEARING

## APPLICATION

This is a mandamus action brought by Petitioner Ho Rim Kam against Defendant Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors to admit Mr. Kam to the use and enjoyment of his office as Director and Treasurer of the Board. On August 7, 2007, Petitioner filed an Application for Peremptory Writ of Mandamus along with supporting documents, including the Declarations of Ho Rim Kam and Chong Park Kam. Included in the declarations as Exhibit E are monthly rent rolls from the Martin Luther King, Jr.-Marcus Garvey Square Cooperative that contain private financial information of certain Cooperative shareholders. To protect these shareholders' privacy, Petitioner filed a Motion to File Under Seal Exhibit E of the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam. That motion was also filed on August 7, 2007.

California Code of Civil Procedure §1088 provides a ten day notice provision for writs of mandate. California Code of Civil Procedure §1005 provides a sixteen day notice provision for the motion to file under seal. To satisfy the notice requirements of both CCP §1088 and §1005, we set the hearing date for the writ of mandamus on August 22, 2007 and the hearing date for the motion to file under seal for August 29, 2007.

For the sake of judicial efficiency and to ensure the court has the complete set of information that was filed with the writ of mandate, it is necessary for Mr. Kam's Motion to File Under Seal to be heard prior to the Petition for Peremptory Writ of Mandamus. Accordingly, we respectfully request the Court enter an order granting Mr. Kam's Motion to File Under Seal be heard on August 22, 2007, prior to Mr. Kam's Petition for Peremptory Writ of Mandamus.

DATED: August 17, 2007

Respectfully submitted,

HELLER EHRMAN LLP

By _____
DANIEL KAUFMAN
Attorneys for Petitioner
HO RIM KAM

Heller
Ehrman LLP

2

## DECLARATION OF DANIEL KAUFMAN

I, Daniel Kaufman, declare as follows:

1.    I am an attorney licensed to practice law in the State of California.  I am an associate of the law firm Heller Ehrman LLP, and I am an attorney of record for Ho Rim Kam, petitioner in this action.  I make this declaration in support of his Application For An Order Shortening Time For Notice and Advancing the Hearing Date of Motion to File Under Seal Exhibit E to the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam.  I have actual knowledge of the matters set forth in this declaration, and if called as a witness would competently so testify.

2.    On August 7, 2007, Petitioner filed an Application for Peremptory Writ of Mandamus and a Motion to File Under Seal Exhibit E of the Declaration of Ho Rim Kam and Chong Park Kam.  The notice requirement for the writ of mandamus is ten days according to California Code of Civil Procedure §1088.  However, the notice requirement for the motion to file under seal is sixteen court days according to California Code of Civil Procedure §1005.  To satisfy the notice requirements of both CCP §1088 and §1005, we set the hearing date for the writ of mandamus on August 22, 2007 and the we set the hearing date for the motion to file under seal for August 29, 2007.

3.    We served Carlos Levexier, President of the Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors ("the Board"), with Mr. Kam's Petition for Writ of Mandamus and accompanying papers, and Mr. Kam's Motion to File Under Seal Exhibit E of the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam and accompanying papers, on August 8, 2007.  Since that date, we have not been contacted by the Board or an attorney purporting to represent the Board.

4.    My colleague Robert Borton and I spoke with Mr. Levexier by phone at approximately 4:00 p.m. on August 15, 2007.  During that conversation, Mr. Levexier informed us that the Board had not retained counsel for this matter.  As required by California Rule of Court 3.1203, we gave Mr. Levexier notice that Mr. Kam would make this ex parte application at 11:00 a.m. on Friday, August 17, 2007.  We also explained that

1   the purpose of this application is to have both the Petition for Writ of Mandamus and the

2   Motion to File Under Seal heard on the same day.  It was my understanding from that

3   conversation that the Board would not oppose this application.

4       5.      I sent an email to Mr. Levexier later that night memorializing our

5   conversation.  At the request of Mr. Levexier, I also copied Sharon Jones, another Director

6   of the Board.

7       6.      This application is brought under Local Rule 9 and California Rule of Court

8   §3.1200-3.1207.

9

10

11  DATED:  August 17, 2007                Respectfully submitted,

12                                          HELLER EHRMAN LLP

13

14                                          By _____

15                                              DANIEL KAUFMAN

16                                              Attorneys for Petitioner
                                                HO RIM KAM
17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

EX PARTE APPLICATION FOR ORDER SHORTENING TIME OF NOTICE AND ADVANCING HEARING

# PROOF OF SERVICE BY HAND DELIVERY

I, Daniel Kaufman, declare that I am over the age of eighteen years and I am not a party to this action. I am employed with the law firm of Heller Ehrman LLP, whose business address is 333 Bush Street, San Francisco, California 94104.

On August 17, 2007, I served the following document:

***EX PARTE* APPLICATION TO SHORTEN TIME FOR NOTICE AND ADVANCE HEARING DATE FOR HO RIM KAM'S MOTION TO FILE UNDER SEAL EXHIBIT E FROM THE DECLARATION OF HO RIM KAM AND THE DECLARATION OF CHONG PARK KAM (CRC § 3.1200);**

**DECLARATION OF DANIEL KAUFMAN**

on the parties to this action by hand delivery as indicated below:

Carlos Levexier
San Francisco Superior Court
400 McAllister Street
San Francisco, CA  94102

☒    **BY HAND DELIVERY.** I personally hand delivered a copy of the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on August 17, 2007 at San Francisco, California.

Daniel Kaufman

Heller
Ehrman LLP

1 | ROBERT BORTON (Bar No. 53191)
2 | E-Mail: robert.borton@hellerehrman.com
   | CHRISTIN J. HILL (Bar No. 247522)
3 | E-Mail: christin.hill@hellerehrman.com
   | DANIEL KAUFMAN (Bar No. 246041)
4 | E-Mail: daniel.kaufman@hellerehrman.com
5 | HELLER EHRMAN LLP
   | 333 Bush Street
6 | San Francisco, CA  94104-2878
   | Telephone: (415) 772-6000
7 | Facsimile: (415) 772-6268
8 |
   | Attorneys for Petitioner
9 | HO RIM KAM

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

AUG 0 7 2007

GORDON PARK-LI, CLERK
BY: _____
Deputy Clerk

10 |                SUPERIOR COURT OF CALIFORNIA

11 |                  COUNTY OF SAN FRANCISCO

12 |

13 | HO RIM KAM,                          )  Case No.: CPF07-507493
14 |                                      )  LIMITED CIVIL CASE
   |                        Petitioner,   )
15 |                                      )
16 |        v.                            )  **HO RIM KAM'S NOTICE OF**
   |                                      )  **MOTION AND MOTION TO FILE**
17 | MARTIN LUTHER KING, JR.-MARCUS       )  **UNDER SEAL EXHIBIT E FROM**
   | GARVEY SQUARE COOPERATIVE BOARD )       **THE DECLARATION OF HO RIM**
18 | OF DIRECTORS,                        )  **KAM AND THE DECLARATION**
   |                                      )  **OF CHONG PARK KAM**
19 |                                      )
   |                        Respondent.   )
20 |                                      )  Date: August 29, 2007
21 |                                         Time: 9:30 a.m.
   |                                         Department: 301
22 |

23 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24 |        PLEASE TAKE NOTICE that on August 29, 2007 at 9:30 a.m., or as soon thereafter

25 | as the matter may be heard, in Department 301 of the Superior Court of California of the

26 | County of San Francisco, located at 400 McAllister Street, San Francisco, California 94102-

27 | 4514, Petitioner Ho Rim Kam will and hereby does move this Court for an order filing

28 | under seal Exhibit E to the Declaration of Ho Rim Kam and the Declaration of Chong Park

Heller
Ehrman LLP

NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL EXHIBIT E FROM THE DECLARATION OF HO

1    Kam, which is filed herewith.

2        This Motion is based on this Notice of Motion and Motion, the Memorandum of

3    Points and Authorities, and the Declaration of Daniel Kaufman; Petitioner's Application for

4    Issuance of Peremptory Mandate; all pleadings and papers filed in this action; and such

5    other evidence and argument to be presented at the hearing on this motion.

6

7    DATED:  August 7, 2007                    HELLER EHRMAN LLP

8

9

10                                     By _____

11                                        Daniel Kaufman
                                          Attorneys for Petitioner
12                                        HO RIM KAM

13

14
     SF 1396766 v1
15   8/7/07 11:52 AM (98050.1259)

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP
_____
                                       2
NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL EXHIBIT E FROM THE DECLARATION OF HO

1  ROBERT BORTON (Bar No. 53191)
   E-Mail: robert.borton@hellerehrman.com
2  CHRISTIN J. HILL (Bar No. 247522)
   E-Mail: christin.hill@hellerehrman.com
3  DANIEL KAUFMAN (Bar No. 246041)
   E-Mail: daniel.kaufman@hellerehrman.com
4
   HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, CA  94104-2878
6  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
7
8  Attorneys for Petitioner
   HO RIM KAM
9

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

AUG 0 7 2007

GORDON PARK-LI, CLERK

BY: _____
              Deputy Clerk

10              SUPERIOR COURT OF CALIFORNIA

11                  COUNTY OF SAN FRANCISCO

12

13  HO RIM KAM,                          )  Case No.: CPF07-507493
14                                        )  LIMITED CIVIL CASE
                                          )
                          Petitioner,     )
15                                        )
16      v.                                ) **DECLARATION OF DANIEL**
                                          ) **KAUFMAN IN SUPPORT OF**
17  MARTIN LUTHER KING, JR.-MARCUS        ) **MOTION TO FILE UNDER SEAL**
    GARVEY SQUARE COOPERATIVE BOARD       ) **EXHIBIT E TO THE DECLARATION**
18  OF DIRECTORS,                         ) **OF HO RIM KAM AND THE**
                                          ) **DECLARATION OF CHONG PARK**
19                       Respondent.      ) **KAM**
20                                        )
                                             Date: August 29, 2007
21                                           Time: 9:30 a.m.
                                             Department: 301
22

23  _____
24      I, Daniel Kaufman, declare as follows:

25      1.      I am an attorney at law, duly licensed to practice in the State of California, an

26  associate in the law firm of Heller Ehrman LLP, and counsel for Petitioner Ho Rim Kam.

27  Except where otherwise stated, I have personal knowledge of the facts contained in this

28  declaration, and if called as a witness, I would testify competently to the facts stated herein.

Heller
Ehrman LLP

DECLARATION OF DANIEL KAUFMAN IN SUPPORT OF MOTION TO FILE UNDER SEAL EXHIBIT E TO

2.    I submit this declaration in support of Petitioner' Motion to File under Seal the Exhibit E to the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam, the King-Garvey monthly rent records for October, 2006 through April, 2007.

3.    I have served as counsel for Mr. Kam since April, 2006.  I am informed and believe that Exhibit E has never been publicly disseminated.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 7th day of August, 2007.

_____
Daniel Kaufman

SF 1396909 v1
8/7/07 11:58 AM (98050.1259)

Heller
Ehrman LLP

DECLARATION OF DANIEL KAUFMAN IN SUPPORT OF MOTION TO FILE UNDER SEAL EXHIBIT E TO

1  ROBERT BORTON (Bar No. 53191)
   E-Mail: robert.borton@hellerehrman.com
2  CHRISTIN J. HILL (Bar No. 247522)
   E-Mail: christin.hill@hellerehrman.com
3  DANIEL KAUFMAN (Bar No. 246041)
   E-Mail: daniel.kaufman@hellerehrman.com
4
5  HELLER EHRMAN LLP
   333 Bush Street
6  San Francisco, CA  94104-2878
   Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268

8  Attorneys for Petitioner
9  HO RIM KAM

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

AUG 0 7 2007

GORDON PARK-LI, CLERK
BY:
        Deputy Clerk

10              SUPERIOR COURT OF CALIFORNIA

11                 COUNTY OF SAN FRANCISCO

12

13  HO RIM KAM,                        )  Case No.: CPF07-507493
                                       )  LIMITED CIVIL CASE
14                                     )
                        Petitioner,    )
15                                     )
                                       )
16      v.                             )  MEMORANDUM OF POINTS AND
                                       )  AUTHORITIES OF PETITIONER IN
17  MARTIN LUTHER KING, JR.-MARCUS     )  SUPPORT OF MOTION TO FILE
    GARVEY SQUARE COOPERATIVE BOARD    )  UNDER SEAL EXHIBIT E TO THE
18  OF DIRECTORS,                      )  DECLARATION OF HO RIM KAM
                                       )  AND THE DECLARATION OF
19                        Respondent.  )  CHONG PARK KAM
                                       )
20                                     )
                                          Date: August 29, 2007
21                                        Time: 9:30 a.m.
                                          Department: 301
22

23  ────────────────────────────────

24  I.    INTRODUCTION

25          Petitioner Ho Rim Kam ("Mr. Kam") hereby moves this Court for leave to file under

26  seal Exhibit E to the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam

27  because that exhibit is the rent records for the Martin Luther King, Jr.-Marcus Garvey

28  Square Cooperative ("King-Garvey") that contains financial information that some may not

Heller
Ehrman LLP

────────────────────────────────
MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL EXHIBIT E TO THE DECLARATION OF

1  who voted to remove Mr. Kam was in arrears at the time of the Board vote.

2

3  **III.    ARGUMENT**

4        Pursuant to California Rule of Court 2.550(d), the court "may order that a record be

5  filed under seal if it finds that (1) there exists an overriding interest that overcomes the right

6  of public access to the record; (2) the overriding interest supports sealing the record; (3) a

7  substantial probability exists that the overriding interest will be prejudiced if the record is

8  not sealed; and (4) the proposed sealing is narrowly tailored; and (5) no less restrictive

9  means exists to achieve the overriding interest."

10        California courts have held that a contractual obligation not to disclose can constitute

11  an overriding interest within the meaning of [rule 2.550(d) precursor] rule 243.1(d)."

12  *Universal City Studios, Inc. v. Superior Court*, 110 Cal.App.4th 1273, 1283 (2003).

13  Further, California courts recognize that individuals have a privacy interest in their financial

14  records. *See, e.g., Gordon v. Superior Court,* 55 Cal. App. 4th 1546, 1557 (1997); *Valley*

15  *Bank of Nevada v. Superior Court*, 15 Cal. 3d 652, 656 (1975).

16        The King-Garvey rent records arguably contain financial information.  There is no

17  explicit contractual obligation not to disclose the King-Garvey residents' financial

18  information.  However, out of an excess of caution and in light of the fact that it is likely

19  that people would not want their financial information contained in Exhibit E to be revealed

20  to the public, Petitioner makes this motion.

21        The proposed sealing is narrowly tailored and no less restrictive means exist.

22  Information irrelevant to the case has been redacted and this is the only official log

23  containing the King-Garvey rent records in existence.

24  **IV.    CONCLUSION**

25        For the foregoing reasons, petitioner Ho Rim Kam requests that the Court order

26  Exhibit E to the Declaration of Ho Rim Kam and the Declaration of Chong Park Kam be

27  filed under seal.

28

Heller
Ehrman LLP

3

MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL EXHIBIT E TO THE DECLARATION OF

1

2  DATED:  August 7, 2007          Respectfully submitted,

3                                  HELLER EHRMAN LLP

4

5                                  By _____
                                       Daniel Kaufman
6                                      Attorneys for Petitioner
                                       HO RIM KAM
7

8

9
   SF 1396777 v1
10 8/7/07 11:54 AM (98050.1259)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

                                       4

1  wish be made public.  This Court has the authority under California Rule of Court Rule

2  2.550(d) to seal the exhibit.

3  ## II.     BACKGROUND

4     **Factual Background**

5        This lawsuit arises from the efforts of the King-Garvey Board of Directors to

6  illegally remove the Treasurer of the Board, Ho Rim Kam due to an alleged delinquency in

7  Mr. Kam's rent payments.  The issues that this lawsuit presents are likely to turn on the

8  records kept by the King-Garvey Management Agent, the John Stewart Company

9  ("Management Agent"), and the King-Garvey Property Manager, Anna Lokshina.

10        In 2006, Mr. Kam and his wife, Chong Park Kam, were informed that HUD believed

11  the Kams had failed to report an asset on their Section 8 housing assistance applications

12  from 2001 through 2004.  From November, 2006 through February, 2007, the Kams

13  participated in negotiations with Loren Sanborn, a representative of the Management Agent,

14  to determine if they should have reported the asset, and if so, how to properly value the

15  asset for purposes of determining the correction amount.  On February 23, 2007, Ms.

16  Sanborn sent a memorandum to the Board explaining the Kam negotiations and stating that

17  she would post the amount due, $9,052, to the Kams' account on the following Monday,

18  February 26, 2007.

19        Despite continuing to contest the amount due, the Kams paid the entire $9,052 on

20  March 7, 2007 when Mrs. Kam placed a cashier's check in the King-Garvey drop-box.

21        On March 13, 2007, the Board voted to remove Mr. Kam from the Board citing a

22  provision in the King-Garvey By-laws that a Director is automatically terminated from the

23  Board if he or she is thirty days delinquent in paying the Coop's carrying charges.

24        The Management Agent and Property Manager maintain detailed rent records for

25  every resident of King-Garvey.  These records are available to a limited number of people

26  (including Board members) because they contain the residents' confidential financial

27  information.  At no time during the relevant time period, do the King-Garvey rent records

28  show the Kams as delinquent.  However, the rent records do show that one of the Directors

Heller
Ehrman LLP

2

1  ROBERT BORTON (Bar No. 53191)
   E-Mail: robert.borton@hellerehrman.com
2  CHRISTIN J. HILL (Bar No. 247522)
   E-Mail: christin.hill@hellerehrman.com
3  DANIEL KAUFMAN (Bar No. 246041)
   E-Mail: daniel.kaufman@hellerehrman.com
4
5  HELLER EHRMAN LLP
   333 Bush Street
6  San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268
8  Attorneys for Petitioner
9  HO RIM KAM

10                          SUPERIOR COURT OF CALIFORNIA

11                            COUNTY OF SAN FRANCISCO

12

13  HO RIM KAM,                              )  Case No.: CPF07-507493
14                                           )  LIMITED CIVIL CASE
                                             )
15                          Petitioner,      )
                                             )
16          v.                               )  [PROPOSED] ORDER GRANTING
                                             )  MOTION TO FILE UNDER SEAL
17  MARTIN LUTHER KING, JR.-MARCUS           )  EXHIBIT E OF THE
    GARVEY SQUARE COOPERATIVE BOARD          )  DECLARATION OF HO RIM KAM
18  OF DIRECTORS,                            )  AND THE DECLARATION OF
                                             )  CHONG PARK KAM
19                          Respondent.      )
20                                           )  Date: August 29, 2007
                                             )  Time: 9:30 a.m.
21                                              Department: 301
22  _____

23       The motion of Petitioner Ho Rim Kam for an order filing under seal Exhibit E to the

24  Declaration of Ho Rim Kam and the Declaration of Chong Park Kam came on for hearing at

25  9:30 a.m. on August 29, 2007 in Department 301 of this Court.  Having considered the

26  parties' filings and written and oral arguments and good cause appearing, the Court finds

27  the following pursuant to California Rule of Court 2.550, *et seq.*:

28       1.      Exhibit E of the Declaration of Ho Rim Kam and the Declaration of Chong

Heller
Ehrman LLP

*Scanned 8-21-07*
*to Kim*

1  Park Kam contains confidential and sensitive information, and the overriding interest in
2  protecting the confidentiality of that information overcomes the right of public access to the
3  record;

4       2.    The overriding interest supports sealing the records;

5       3.    A substantial probability exists that the overriding interest will be prejudiced
6  if the records are not sealed;

7       4.    The proposed sealing is narrowly tailored; and

8       5.    No less restrictive means exist to achieve the overriding interest.

9       Accordingly, it is hereby ORDERED that Exhibit E to the Declaration of Ho Rim
10  Kam and the Declaration of Chong Park Kam be filed under seal, for inspection only by the
11  Court and its personnel.

12       **IT IS SO ORDERED.**

13

14  Dated: _____        _____

15                                  Hon. _____

16       Judge of the Superior Court of the State of California

17

18  SF 1397101 v1
    8/7/07 11:56 AM (98050.1259)
19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

2