**KAUFMAN DOLOWICH & VOLUCK LLP**
ELIZABETH WILLIAMS, ESQ.   SBN 92374
ewilliams@kdvlaw.com
KATHERINE S. CATLOS, ESQ.   SBN 184227
kcatlos@kdvlaw.com
URSULA D. TAMHANE, ESQ.   SBN 240491
utamhane@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679
Attorneys for Respondent MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM,<br><br>    Petitioner,<br><br>vs.<br><br>MARTIN LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>    Respondent. | Case No.: C07-4414 SBA<br><br>**PROOF OF SERVICE** |

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 351 California Street, Suite 500, San Francisco, California, 94104. On the execution date below and in the manner stated herein, I served the following documents:

1. COPIES OF STATE COURT FILE 28 U.S.C. 1446(a);
2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
3. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
4. ECF REGISTRATION INFORMATION HANDOUT FOR THE U.S. DISTRICT OF NORTHERN CALIFORNIA

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| 1 | Robert Borton, Esq. |
| 2 | Christin J. Hill, Esq. |
| | Daniel Kaufman, Esq. |
| 3 | Heller Ehrman LLP |
| | 333 Bush Street |
| 4 | San Francisco, CA 94104-2878 |
| 5 | Tel: (415) 772-6000 |
| | Fax: (415) 772-6268 |
| 6 | Attorneys for Petitioner HO RIM KAM |

[ ]   BY MAIL  I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]   WITH CERTIFICATE OF MAILING  A certificate of mailing was obtained from the United States Post Office evidencing the mailing referenced above.

[ ]   BY FED EX  I caused such envelope(s) to be placed for FedEx collection and delivery at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[ ]   BY FACSIMILE  I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[X]   BY PERSONAL SERVICE  I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP §1011 and FRCP 4, 5.

[X]   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 27, 2007, at San Francisco, California.

Kim Daleiden

- 2 -

PROOF OF SERVICE