ROBERT BORTON (SBN 53191)
Email: robert.borton@hellerehrman.com
DANIEL KAUFMAN (SBN 246041)
Email: daniel.kaufman@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Petitioner
HO RIM KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM,<br><br>          Petitioner,<br><br>v.<br><br>MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>          Respondent. | Case No.: C 07 4414 (SBA)<br><br>**[PROPOSED] ORDER TO SHORTEN THE TIME FOR HEARING OF MOTION TO REMAND (NORTHERN DISTRICT LOCAL RULE 6-3)**<br><br>The Honorable Saundra B. Armstrong<br>Date:    N/A<br>Time:    N/A<br>Court:   Courtroom 3, 3rd Floor |

The motion of Petitioner Ho Rim Kam for an order shortening the time for hearing of his Motion to Remand came on for hearing before this Court with Heller Ehrman LLP appearing as attorney for Petitioner and Kaufman, Dolowich & Voluck LLP appearing for Respondent. Notice of the Motion was properly made.

After full consideration of the moving papers, the Court grants Petitioner's motion to shorten time of notice and advance the hearing date of the Motion to Remand. It is therefore ORDERED as follows:

| | |
|---|---|
| Opposition of Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors' ("the Board") to Motion to Remand to be filed and served by hand or facsimile | September 6, 2007 |

| | | |
|---|---|---|
| 1 | Petitioner's Reply to be filed and served by hand or facsimile | September 10, 2007 |
| 2 | Motion to Remand | September 11, 2007 at 1:00 p.m. |
| 3 | | |
| 4 | DATED: _____ | |
| 5 | | _____ |
| 6 | | JUDGE OF THE UNITED STATES DISTRICT COURT |