ROBERT BORTON (SBN 53191)
Email: robert.borton@hellerehrman.com
DANIEL KAUFMAN (SBN 246041)
Email: daniel.kaufman@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Petitioner
HO RIM KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM,<br><br>        Petitioner,<br><br>v.<br><br>MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>        Respondent. | Case No.: C 07 4414 (SBA)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br>**(28 U.S.C. § 1447)**<br><br>The Honorable Saundra B. Armstrong<br>Date:     September 11, 2007<br>Time:    1:00 p.m.<br>Court:   Courtroom 3, 3rd Floor |

The motion of Petitioner Ho Rim Kam for an Order remanding this case to the California Superior Court came on for hearing before this Court with Heller Ehrman LLP appearing as attorney for Petitioner and Kaufman, Dolowich & Voluck LLP appearing for Respondent. Notice of the Motion was properly made on shortened time.

After full consideration of the moving and responding papers, the Court grants Petitioner's Motion to Remand. The Court finds that this action does not arise under the Constitution or laws of the United States, but instead alleges only claims arising under State law. Accordingly, it is hereby ORDERED that this action is immediately remanded, in its entirety, to the San Francisco Superior Court, with the sole exception of an ancillary Application for fees and costs, as set forth below.

It is further ORDERED that Petitioner's request for an award of fees and costs under 28 U.S.C. § 1447 is also granted. Petitioner is directed to submit his application for such expenses, within 15 days from the date of this Order, in the form of a Declaration of counsel. Respondent shall have five days to respond to such Application and the Court shall then rule without hearing. Except for this ancillary proceeding, and as set forth above, this entire action is immediately remanded and shall resume in the California Superior Court.

DATED: _____

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT