KAUFMAN DOLOWICH & VOLUCK LLP
ELIZABETH WILLIAMS, ESQ., SBN 92374
ewilliams@kdvlaw.com
KATHERINE S. CATLOS, ESQ., SBN 184227
kcatlos@kdvlaw.com
URSULA D. TAMHANE, ESQ., SBN 240491
utamhane@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679
Attorneys for Respondent MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM,<br><br>    Petitioner,<br><br>vs.<br><br>MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>    Respondent. | Case No.:   C 07 4414 SBA<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO DISMISS FRCP 12(b)(6)**<br><br>Date:   October 16, 2007<br>Time:  1:00 p.m.<br>Court: Courtroom 3, 3rd Floor<br>Judge: Hon. Saundra B. Armstrong |

Respondent Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors' ("Respondent") Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) came on for hearing on October 16, 2007 before this Court with Kaufman Dolowich & Voluck LLP appearing as attorneys for Respondent and Heller Ehrman LLP appearing as counsel for Petitioner Ho Rim Kam. Notice of the Motion was properly made.

After full consideration of the moving papers, the Memorandum of Points and Authorities and all pleadings, records and files in this action; and such other and further evidence and arguments as the Court considered, the Court GRANTS Respondents FRCP 12(b)(6) motion to dismiss Petitioner's Application and Motion for Peremptory Writ of Mandamus because Petitioner has failed to state a claim upon which relief can be granted.

IT IS SO ORDERED.

Hon. Saundra B. Armstrong
U.S. District Court Judge