

U.S. Department of Housing and Urban Development
San Francisco Regional Office - Region IX
600 Harrison Street, 3rd Floor
San Francisco, California 94107-1387
www.hud.gov
espanol.hud.gov

August 16, 2007

Linda Yoakum, Vice President
King-Garvey Cooperative Apartments, Inc.
1680 Eddy Street
San Francisco, CA 94115

Dear Ms. Yoakum:

Subject: Response to HUD's Notice of Violation
        Project Name: Martin Luther King-Marcus Garvey Cooperative
                      Apartments Limited
        Project Location: San Francisco, California
        Project Number: 121-35654
        Section 8 Contract No.: CA39-003-0001

     This is to acknowledge receipt of your July 27, 2007 letter responding to HUD's Notice of Violation of June 25, 2007.

     Your letter states the Board agreed "to proceed with adopting all measures necessary and appropriate to commence the rehabilitation and physical improvements necessary to ensure the health and safety of the members." Though we appreciate this resolution, the Board has promised many times in the past few years to complete the substantial rehabilitation that the Cooperative urgently needs, but has not taken any action to do so.

     In September 2005, HUD required the Board to develop a timeline for the rehabilitation and financing and the Board agreed to do so, but the major work has not yet occurred. More than six months ago HUD issued a letter dated, February 1, 2007, to the Board asking for submission, within 10 days of the letter, of a revised action plan and status report regarding the refinancing and rehabilitation. The Board still has failed to provide the final plan that HUD requested.

     In light of this history, we find it difficult to accept your July 27, 2007 letter and commitment to commence with the rehabilitation and physical improvements. The Board has repeatedly failed to comply with HUD's requests in a timely manner and to demonstrate any specific progress with the re-financing and rehabilitation of the Cooperative.

EXHIBIT I

Page 2
King/Garvey Cooperative

The REAC inspection is scheduled for August 28, 2007. If this results in a score of less than 60, HUD will immediately proceed to abate the Section 8 Contract.

Sincerely,

Tom Azumbrado
Director
San Francisco Multifamily Hub

cc:
Loren Sanborn, Vice President
The John Stewart Company
1388 Sutter Street, 11th Floor
San Francisco, CA 94109

Mr. Olson Lee
San Francisco Redevelopment Agency
770 Golden Gate Avenue, 3rd Floor
San Francisco, CA 94102

Ms. Michele Davis
San Francisco Redevelopment Agency
770 Golden Gate Avenue, 3rd Floor
San Francisco, CA 94102

Mr. Matt Franklin
Mayor's Office of Housing
25 Van Ness Avenue, Suite 600
San Francisco, CA 94102

Sheldon Schreiberg, Esquire
Pepper Hamilton, LLP
600 Fourteenth Street, N.W.
Washington, DC 20005-2004

Carlos Levexier, President
Martin Luther King-Marcus Garvey Square
1003-A Turk Street
San Francisco, CA 94101

Mr. Yoo Suk Kwack
1150 Pierce Street, #210
San Francisco, CA 94115

Page 3
King/Garvey Cooperative

cc: (Cont'd.)
Mrs. Sharon Jones
1355 Steiner Street, #3
San Francisco, CA 94115

Mr. Abraham Landry
1560 Turk Street, #105
San Francisco, CA 94115

Mrs. Carmen Johnson
1232 Pierce Street
San Francisco, CA 94115