Loren Sanborn

From: margie_e._winemberg@hud.gov
Sent: Tuesday, November 07, 2006 9:31 AM
To: lsanborn@jsco.net
Cc: janet_l._browder@hud.gov; j.patrick_goray@hud.gov
Subject: Kam

Hi Loren,

Did I hear you correctly that Ms. Kam has not repaid the overpaid subsidy of $6,000 (the condo in Illinois)?

The Kam family has now committed fraud on three occasions for not disclosing the 2 properties (in Marin and Illinois) and you indicated once again recently for not disclosing income from employment.
I understand they have received notices to that effect.

The Handbook requires termination of tenancy when tenants knowingly commit fraud - in this case there are repeated offenses-- for failing to disclose information.

I do not believe that Mr. Kam can continue as a Board Member. He is the head of household and a member of the family that has commited fraud.

Also if the tenant has failed to repay funds received fraudulently you should evict.

11/7/2006

**EXHIBIT 3**