**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

HO RIM KAM,            No. C 07-4414 SBA

    Petitioner,            **ORDER**

v.

MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,

    Respondent.

---

    Petitioner Ho Rim Kam's motion to shorten the time for the hearing on the motion to remand [Docket No. 8] is DENIED. The hearing is hereby set for October 16, 2007, at 1 P.M. The Court may, in its discretion, adjudicate the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

    IT IS SO ORDERED.

September 6, 2007                      *Saundra B Armstrong*
                                         Saundra Brown Armstrong
                                         United States District Judge