1  **KAUFMAN DOLOWICH & VOLUCK LLP**
   ELIZABETH WILLIAMS, ESQ., SBN 92374
2  ewilliams@kdvlaw.com
3  KATHERINE S. CATLOS, ESQ., SBN 184227
   kcatlos@kdvlaw.com
4  URSULA D. TAMHANE, ESQ., SBN 240491
   utamhane@kdvlaw.com
5  351 California Street, Suite 500
6  San Francisco, CA 94104
   Telephone: (415) 402-0059
7  Facsimile:  (415) 402-0679
8  Attorneys for Respondent MARTIN LUTHER KING, JR.-MARCUS
   GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM,<br><br>　　　　Petitioner,<br><br>vs.<br><br>MARTIN LUTHER KING, JR.–MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>　　　　Respondent. | Case No.:   C07-4414 SBA<br><br>**DECLARATION OF ELIZABETH WILLIAMS IN SUPPORT OF REQUEST FOR CONSIDERATION OF LATE FILED REPLY TO PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS (FILED ON 10-3-07 AT 12:49 A.M.)**<br><br>Date　　　: October 16, 2007<br>Time　　　: 1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge　　　: Hon. Saundra B. Armstrong |

I, ELIZABETH WILLIAMS, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law before all Courts of the State of California and I am admitted to practice before this Court. I am of counsel for Kaufman, Dolowich & Voluck, LLP, attorneys of record for Respondent Martin Luther King, Jr.-Marcus Garvey Square Cooperative Board of Directors. I have personal knowledge of the facts contained in this Declaration, and if called as a witness, I would testify competently to the facts stated herein.

2. I submit this Declaration pursuant to the United States District Court, Northern District of California's General Order 45, Section 6E regarding Electronic Filing.

3. On October 2, 2007, I experienced numerous technical difficulties while attempting to electronically file Respondent's Reply to Petitioner's Opposition to Respondent's Motion to Dismiss.

4. This document was complete at 11:20 p.m., as evidenced by the document properties.

5. I was unable to successfully log into the electronic-filing service until approximately 11:50 p.m. Prior to that time, the system informed me that my login information was invalid, despite repeated login attempts.

6. At approximately 11:50 p.m., I was able to successfully log-in to the electronic filing service.

7. At that point, I experienced repeated technical difficulties uploading the document into the electronic filing system.

8. As a result, I was unable to electronically file this document until approximately one hour later, at 12:40 p.m.

I apologize to this Court and opposing counsel for any inconvenience I have caused, including having to take the time to review this declaration and request for consideration of late filed papers.

Based on the foregoing, I respectfully request that this Court consider Respondent's Reply to Petitioner's Opposition to Respondent's Motion to Dismiss in ruling on the pending Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2007 at San Rafael, California.

/S/
Elizabeth Williams, Esq.