UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
OCT 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Endorsed and Filed
County of San Francisco
Superior Court
OCT 22 2007
GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

October 17, 2007

Superior Court of San Francisco County
Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102

RE: CV 07-04414 SBA    HO RIM KAM-v-MARTIN LUTHER KING,JR-MARCUS GARVEY
    Your Case Number: (CPF 07-507493)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)    Certified copies of docket entries

(X)    Certified copies of Remand Order

(X)    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely
RICHARD W WIEKING, Clerk

by: _____
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg

October 17, 2007

Instructions for Retrieving Northern District of California Electronic Case Files

Login to the CM/ECF website for the Northern District of California at
**https://ecf.cand.circ9.dcn**.

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.