ROBERT BORTON (SBN 53191)
Email: robert.borton@hellerehrman.com
DANIEL KAUFMAN (SBN 246041)
Email: daniel.kaufman@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Petitioner
HO RIM KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO RIM KAM,<br><br>                       Petitioner,<br><br>v.<br><br>MARTIN LUTHER KING, JR.-MARCUS GARVEY SQUARE COOPERATIVE BOARD OF DIRECTORS,<br><br>                       Respondent. | Case No.: C 07 4414 (SBA)<br><br>**WITHDRAWAL OF MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES (Northern District Local Rule 7-7(e))**<br><br>The Honorable Saundra B. Armstrong<br>Date:    January 15, 2008<br>Time:   1:00 p.m.<br>Court:  Courtroom 3, 3rd Floor |

TO THE COURT AND TO ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT Petitioner Ho Rim Kam hereby withdraws his Notice of Motion and Motion for Reimbursement of Attorneys' Fees, presently calendared for hearing on January 15, 2008, at 1:00 p.m.

The Court is advised that the matter has been fully resolved between the parties.

DATED: December 20, 2007

                                            HELLER EHRMAN, LLP

                                            By: _____
                                                ROBERT E. BORTON
                                                Attorneys for Petitioner